# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:18-CV-579 |
| **Plaintiff** : | (Chief Judge Conner) |
| v. : | |
| **RONALD GATES,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 15th day of November, 2018, it is hereby ORDERED and DECREED that the Consent Judgement attached hereto is made an ORDER of this Court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                  Plaintiff          CIVIL NO. 18-00579

vs.

RONALD GATES

                  Defendant

**CONSENT JUDGMENT**

AND NOW, this __15th__ day of __November__, 2018, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against RONALD GATES, as follows:

| | |
|---|---|
| Principal | $36,150.96 |
| Interest at the rate of 8.25% | $24,280.88 |
| Total Due as of September 28, 2018 | $60,431.84 |

with interest thereafter at the legal rate of 6%.

                                            BY THE COURT:

                                            /s/ CHRISTOPHER C. CONNER
                                            **United States District Court Judge**